| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Crane, LLC** <br> 10700 Abbott's Bridge Road, Suite 170 <br> Duluth, GA 30097 <br> Telephone Number 470-321-7112 <br> Attorneys For Secured Creditor <br><br> Kevin Buttery, Esq. (KB-3800) | CASE NO.: 18-21497-MBK <br><br> CHAPTER 13 <br><br> **Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:** <br><br> **Jason D Hoffman,** <br><br>    Debtor. | |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # 10), and states as follows:

1. Debtor, Jason D Hoffman ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on June 6, 2018.

2. Secured Creditor holds a security interest in the Debtor's real property located at 1350 RT 206, TABERNACLE, NJ 08088, by virtue of a Mortgage recorded on October 30, 2006 in Book 11171, at Page 826 of the Public Records of Burlington County, NJ. Said Mortgage secures a Note in the amount of $141,700.00.

3. The Debtor filed a Chapter 13 Plan on June 21, 2018.

4. The Plan fails to mention the total amount of arrears owed. It is anticipated that Secured Creditor's claim will show the pre-petition arrearage due Secured Creditor is $103,801.74. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Secured Creditor objects to any plan which proposes to pay it anything less than $103,801.74 as the pre-petition arrearage over the life of the plan.

5. The Plan does not appear feasible due to inadequate treatment of Secured Creditor's claim. Thus, the plan violates the provisions of 11 U.S.C. § 1325(a)(3) and cannot be confirmed.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

RAS Crane, LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone Number 470-321-7112

By: /s/Kevin Buttery
Kevin Buttery, Esquire
NJ Bar Number KB-3800
Email: kbuttery@rascrane.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Crane, LLC**<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097<br>Telephone Number 470-321-7112<br>Attorneys For Secured Creditor<br><br>Kevin Buttery, Esq. (KB-3800) | CASE NO.: 18-21497-MBK<br><br>CHAPTER 13<br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br><br>**Jason D Hoffman,**<br><br>       **Debtor.** | |

## CERTIFICATION OF SERVICE

1. I, Kevin Buttery, represent  in this matter.
2. On 7/24/2018, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below.
3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

7/24/2018

           RAS Crane, LLC
           Attorney for Secured Creditor
           10700 Abbott's Bridge Road, Suite 170
           Duluth, GA 30097
           Telephone Number 470-321-7112

           By: /s/Kevin Buttery
           Kevin Buttery, Esquire
           NJ Bar Number  KB-3800
           Email: kbuttery@rascrane.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mitchell L Chambers, Jr.<br>Law Offices of Mitchell Lee Chambers<br>602 Little Gloucester Road, Suite 5<br>Blackwood, NJ 08012 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Jason D Hoffman<br>2024 Elm Avenue<br>Atco, NJ 08004 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |