| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**Robertson, Anschutz & Schneid, P.L.**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number 561-241-6901<br>Attorneys For Secured Creditor,<br><br>Kevin Buttery, Esq. (KB-3800) | Order Filed on August 15, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Jason D Hoffman,<br><br>Debtor. | Case No.: 18-21497-MBK<br><br>Judge: Michael B. Kaplan<br><br>Hearing Date: 08/14/2018<br><br>Chapter 13 |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: August 15, 2018**

*/s/ Michael B. Kaplan*

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**
Debtor: Jason D Hoffman
Case No.: 18-21497-MBK
Caption of Order: **Consent Order**

Secured Creditor: PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee

Secured Creditor's Counsel: Robertson, Anschutz & Schneid, P.L.

Debtor's Counsel: Mitchell L Chambers, Jr., Esq.

Property Involved ("Collateral"): 1350 RT 206, Tabernacle, New Jersey, 08088

For good cause shown, it is **ORDERED** that Secured Creditor's Objection is (are) resolved, subject to the following conditions:

1. Debtor must fulfill any Loss Mitigation requirements by October 1, 2018, or as extended by court order.

2. In accordance with Secured Creditor's timely-filed Proof of Claim, the Debtor's pre-petition arrears are $103,801.74.

3. Debtor shall make monthly adequate protection payments to the Secured Creditor in the amount of $1,238.10.

Page 3
Debtor: Jason D Hoffman
Case No.: 18-21497-MBK
Caption of Order: **Consent Order**

4. In the event that any such mortgage modification or other consensual resolution is not available or if the Debtor fails to comply with the terms of this Order, the Debtor shall acknowledge the pre-petition arrearages as stated above. The Debtor shall have 30 days from the date of any final notification that a modification, etc. is not available to: 1) file an amended Chapter 13 Plan to cure the pre-petition arrearages and maintain post-petition payments, or 2) to convert the Chapter 13 petition to a Chapter 7 petition, 3) surrender the property, and/or 4) proceed with this bankruptcy case as deemed appropriate by the court.

The undersigned hereby consent to the form and entry of the foregoing order.

Mitchell L Chambers, Jr., Esq
*Attorney for Debtor*
Date:

/s/ Kevin Buttery
Kevin Buttery, Esq.
*Attorney for Secured Creditor*
Date: 08/07/2018