| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number 561-241-6901<br>Attorneys For Secured Creditor,<br><br>Kevin Buttery, Esq. (KB-3800) | Order Filed on August 15, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Jason D Hoffman,<br><br>Debtor. | Case No.: 18-21497-MBK<br><br>Judge: Michael B. Kaplan<br><br>Hearing Date: 08/14/2018<br><br>Chapter 13 |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) and three (3) is hereby
**ORDERED**.

DATED: August 15, 2018

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Jason D Hoffman
Case No.: 18-21497-MBK
Caption of Order: **Consent Order**

Secured Creditor: PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee

Secured Creditor's Counsel: Robertson, Anschutz & Schneid, P.L.

Debtor's Counsel: Mitchell L Chambers, Jr., Esq.

Property Involved ("Collateral"): 1350 RT 206, Tabernacle, New Jersey, 08088

For good cause shown, it is **ORDERED** that Secured Creditor's Objection is (are) resolved, subject to the following conditions:

1. Debtor must fulfill any Loss Mitigation requirements by October 1, 2018, or as extended by court order.

2. In accordance with Secured Creditor's timely-filed Proof of Claim, the Debtor's pre-petition arrears are $103,801.74.

3. Debtor shall make monthly adequate protection payments to the Secured Creditor in the amount of $1,238.10.

Page 3
Debtor: Jason D Hoffman
Case No.: 18-21497-MBK
Caption of Order: **Consent Order**

4. In the event that any such mortgage modification or other consensual resolution is not available or if the Debtor fails to comply with the terms of this Order, the Debtor shall acknowledge the pre-petition arrearages as stated above. The Debtor shall have 30 days from the date of any final notification that a modification, etc. is not available to: 1) file an amended Chapter 13 Plan to cure the pre-petition arrearages and maintain post-petition payments, or 2) to convert the Chapter 13 petition to a Chapter 7 petition, 3) surrender the property, and/or 4) proceed with this bankruptcy case as deemed appropriate by the court.

The undersigned hereby consent to the form and entry of the foregoing order.

Mitchell L Chambers, Jr., Esq
*Attorney for Debtor*
Date:

/s/ Kevin Buttery
Kevin Buttery, Esq.
*Attorney for Secured Creditor*
Date: 08/07/2018

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-21497-MBK
Jason D Hoffman                                                       Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin            Page 1 of 1           Date Rcvd: Aug 15, 2018
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2018.
db            +Jason D Hoffman,    89 Jackson Road,    Medford, NJ 08055-9290

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2018 at the address(es) listed below:
     Albert Russo    docs@russotrustee.com
     Kevin Gordon McDonald    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
     Kevin M. Buttery    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee bkyefile@rasflaw.com
     Mitchell L Chambers, Jr.    on behalf of Debtor Jason D Hoffman ecfbc@comcast.net
     Rosemarie Diamond    on behalf of Loss Mitigation    Fay Servicing, LLC miguel.zavala@fedphe.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                                                                               TOTAL: 6