UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

---

Law Offices of Mitchell Lee Chambers
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012
Phone:  856-302-1778

Order Filed on October 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jason D. Hoffman

Case No.:        18-21497

Chapter:         13

Judge:      Michael B. Kaplan

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 2, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ JULY 6, 2018 _____ :

Property: _____ 1350 ROUTE 206, SHAMONG, NJ 08088 _____

Creditor: _____ FAY SERVICING, LLC _____

and a Request for

☑ Extension of the 90 day Loss Mitigation Period having been filed by _____ Debtors _____ , and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ 2/5/19 _____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-21497-MBK
Jason D Hoffman                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Oct 02, 2018
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2018.
db              +Jason D Hoffman,    89 Jackson Road,    Medford, NJ 08055-9290

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2018 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Harold N. Kaplan    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
          National Association, as Legal Title Trustee hkaplan@rasnj.com,  informationathnk@aol.com
          Kevin Gordon McDonald    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
          National Association, as Legal Title Trustee kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Kevin M. Buttery    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
          National Association, as Legal Title Trustee bkyefile@rasflaw.com
          Mitchell L Chambers, Jr.    on behalf of Debtor Jason D Hoffman ecfbc@comcast.net
          Rosemarie  Diamond    on behalf of Loss Mitigation    Fay Servicing, LLC miguel.zavala@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 7