UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Mitchell Lee Chambers
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012
Phone: 856-302-1778

**Order Filed on August 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Jason D. Hoffman

| | |
|---|---|
| Case No.: | 18-21497 |
| Chapter: | 13 |
| Judge: | MBK |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 13, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ____JULY 6, 2018____ :

Property:    1350 ROUTE 206, SHAMONG, NJ 08088

Creditor:    FAY SERVICING, LLC

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtors_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____10/5/19_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Jason D Hoffman  
    Debtor

Case No. 18-21497-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 14, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2019.  
db            +Jason D Hoffman,    89 Jackson Road,    Medford, NJ 08055-9290

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2019 at the address(es) listed below:

         Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
         Albert    Russo     docs@russotrustee.com  
         Harold N. Kaplan     on behalf of Creditor     PROF-2013-S3 Legal Title Trust II, by U.S. Bank  
          National Association, as Legal Title Trustee hkaplan@rasnj.com,    informationathnk@aol.com  
         Kevin Gordon McDonald     on behalf of Creditor     PROF-2013-S3 Legal Title Trust II, by U.S. Bank  
          National Association, as Legal Title Trustee kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Kevin M. Buttery     on behalf of Creditor     PROF-2013-S3 Legal Title Trust II, by U.S. Bank  
          National Association, as Legal Title Trustee bkyefile@rasflaw.com  
         Mitchell L Chambers, Jr.     on behalf of Debtor Jason D Hoffman ecfbc@comcast.net  
         Rosemarie    Diamond     on behalf of Loss Mitigation    Fay Servicing, LLC miguel.zavala@fedphe.com  
         Sindi    Mncina     on behalf of Creditor     PROF-2013-S3 Legal Title Trust II, by U.S. Bank National  
          Association, as Legal Title Trustee smncina@rascrane.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                TOTAL: 9