UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW OFFICES OF MITCHELL LEE CHAMBERS
602 LITTLE GLOUCESTER ROAD, SUITE 5
BLACKWOOD, NJ 08012
PHONE: (856) 302-1778
FAX:  (856) 302-1779

**Order Filed on September 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Jason D. Hoffman

Case No.:  18-21497

Chapter:  13

Judge:    Michael B. Kaplan

ORDER APPROVING LOAN MODIFICATION

**DATED: September 23, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon consideration of the Debtor's Motion for approval on a loan modification for the property located at 1350 Route 206, Shamong, NJ 08088 it is hereby ORDERED:

1. That the Motion is Granted.

2. The Debtors are authorized to enter into a loan modification with the mortgage company.

3. In the event a loan modification is completed and the pre-petition arrears are capitalized into the loan, secured creditor shall withdraw the claim without prejudice or amend the arrearage portion of its proof of claim to the paid to date amount within thirty (30) days of completion of the loan modification; and

4. The Chapter 13 Trustee shall suspend disbursements to secured creditor pending completion of the loan modification and all money that would otherwise be paid to the secured creditor be held until the claim is withdrawn or amended or the Trustee is notified by secured creditor that the modification was not consummated; and

5. In the event that modification is not consummated; the secured creditor shall notify the Trustee and Debtors' attorney of same. Any money that was held by the Trustee pending the completion of the modification shall be paid to secured creditor; and

6. In the event the Proof of Claim is withdrawn or amended, the Trustee may disburse the funds being held pursuant to this Order to other creditors the funds being held pursuant to this Order to other creditors in accordance with the provisions of the confirmed plan; and

7. Debtor shall file a Modified Plan and Amended Schedule J within twenty (20) days of the date of this Order.