UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW OFFICES OF MITCHELL LEE CHAMBERS
602 LITTLE GLOUCESTER ROAD, SUITE 5
BLACKWOOD, NJ 08012
PHONE: (856) 302-1778
FAX:  (856) 302-1779

Order Filed on September 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jason D. Hoffman

Case No.: 18-21497

Chapter: 13

Judge: Michael B. Kaplan

ORDER APPROVING LOAN MODIFICATION

**DATED: September 23, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon consideration of the Debtor's Motion for approval on a loan modification for the property located at 1350 Route 206, Shamong, NJ 08088 it is hereby ORDERED:

1. That the Motion is Granted.

2. The Debtors are authorized to enter into a loan modification with the mortgage company.

3. In the event a loan modification is completed and the pre-petition arrears are capitalized into the loan, secured creditor shall withdraw the claim without prejudice or amend the arrearage portion of its proof of claim to the paid to date amount within thirty (30) days of completion of the loan modification; and

4. The Chapter 13 Trustee shall suspend disbursements to secured creditor pending completion of the loan modification and all money that would otherwise be paid to the secured creditor be held until the claim is withdrawn or amended or the Trustee is notified by secured creditor that the modification was not consummated; and

5. In the event that modification is not consummated; the secured creditor shall notify the Trustee and Debtors' attorney of same. Any money that was held by the Trustee pending the completion of the modification shall be paid to secured creditor; and

6. In the event the Proof of Claim is withdrawn or amended, the Trustee may disburse the funds being held pursuant to this Order to other creditors the funds being held pursuant to this Order to other creditors in accordance with the provisions of the confirmed plan; and

7. Debtor shall file a Modified Plan and Amended Schedule J within twenty (20) days of the date of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Jason D Hoffman  
    Debtor

Case No. 18-21497-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Sep 30, 2019  
                  Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2019.  
db           +Jason D Hoffman,    89 Jackson Road,    Medford, NJ 08055-9290

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2019 at the address(es) listed below:
            Albert    Russo     docs@russotrustee.com
            Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
            Harold N. Kaplan     on behalf of Creditor     PROF-2013-S3 Legal Title Trust II, by U.S. Bank
          National Association, as Legal Title Trustee hkaplan@rasnj.com,    informationathnk@aol.com
            Kevin Gordon McDonald     on behalf of Creditor     PROF-2013-S3 Legal Title Trust II, by U.S. Bank
          National Association, as Legal Title Trustee kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
            Kevin M. Buttery     on behalf of Creditor     PROF-2013-S3 Legal Title Trust II, by U.S. Bank
          National Association, as Legal Title Trustee bkyefile@rasflaw.com
            Mitchell L Chambers, Jr.     on behalf of Debtor Jason D Hoffman ecfbc@comcast.net
            Nicole B. LaBletta     on behalf of Creditor     1900 CAPITALTRUST ET AL C/O NEWREZ LLC D/B/A
         SHELLPOINT MORTGAGE SERVICING nlabletta@pincuslaw.com,    brausch@pincuslaw.com
            Rosemarie   Diamond     on behalf of Loss Mitigation    Fay Servicing, LLC miguel.zavala@fedphe.com
            Sindi   Mncina     on behalf of Creditor     PROF-2013-S3 Legal Title Trust II, by U.S. Bank National
          Association, as Legal Title Trustee smncina@rascrane.com
            U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                      TOTAL: 10