UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (TRENTON)

Caption in Compliance with D.N.J. LBR 9004-1(b)
2017-2058

**Pincus Law Group, PLLC**
nlabletta@pincuslaw.com
Nicole LaBletta, Esquire
2929 Arch Street
Suite 1700
Philadelphia, PA 19104
(484) 575-2201

ATTORNEYS FOR 1900 CAPITAL TRUST II, BY U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE C/O NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING

**Order Filed on October 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
JASON D HOFFMAN
DEBTOR

Case No.: 18-21497
Chapter 13

Hearing Date: 10/23/2019

Judge: Honorable Michael B. Kaplan

## ORDER APPROVING LOAN MODIFICATION

AND NOW, this _____ day of _____ 2019, upon consideration of the Motion to Approve Loan Modification and after hearing, it is hereby

ORDERED that the Motion to Approve Loan Modification is approved.

**DATED: October 10, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge