

Order Filed on October 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (TRENTON)<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>2017-2058<br><br>**Pincus Law Group, PLLC**<br>nlabletta@pincuslaw.com<br>Nicole LaBletta, Esquire<br>2929 Arch Street<br>Suite 1700<br>Philadelphia, PA 19104<br>(484) 575-2201<br><br>ATTORNEYS FOR 1900 CAPITAL TRUST II, BY U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE C/O NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| In Re:<br>    JASON D HOFFMAN<br>              DEBTOR |

Case No.: 18-21497
Chapter 13

Hearing Date: 10/23/2019

Judge: Honorable Michael B. Kaplan

ORDER APPROVING LOAN MODIFICATION

    AND NOW, this _____ day of _____ 2019, upon consideration of the Motion to Approve Loan Modification and after hearing, it is hereby

    ORDERED that the Motion to Approve Loan Modification is approved.

**DATED: October 10, 2019**

                                            Honorable Michael B. Kaplan
                                            United States Bankruptcy Judge

```
United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                         Case No. 18-21497-MBK
Jason D Hoffman                                                                Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Oct 10, 2019
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2019.
db            +Jason D Hoffman,    89 Jackson Road,    Medford, NJ 08055-9290

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Harold N. Kaplan    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee hkaplan@rasnj.com,    informationathnk@aol.com
              Kevin Gordon McDonald    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee bkyefile@rasflaw.com
              Mitchell L Chambers, Jr.    on behalf of Debtor Jason D Hoffman ecfbc@comcast.net
              Nicole B. LaBletta    on behalf of Creditor    1900 CAPITALTRUST ET AL C/O NEWREZ LLC D/B/A
               SHELLPOINT MORTGAGE SERVICING nlabletta@pincuslaw.com,    brausch@pincuslaw.com
              Rosemarie  Diamond    on behalf of Loss Mitigation    Fay Servicing, LLC miguel.zavala@fedphe.com
              Sindi  Mncina    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank National
               Association, as Legal Title Trustee smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10